Case 4:88-cv-04195   Document 1   Filed 06/02/00   Page 1 of 2 PageID #: 1

| DIST. | OFF. | DOCKET YR. | DOCKET NUMBER | FILING DATE MO | DAY | YEAR | J | N/S | O | D PTF | R DEF | 23 | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCK YR. NU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 869 | 4 | 88 | 4195 | 12 | 19 | 88 | 4 | 350 | 1 | | | | 250 | J 6907 M | 88888 | P | 88 41 |

**PLAINTIFFS**

SPRAGUE, John

**DEFENDANTS**

COOK, Aileen E.
SOUGSTAD, Steven

**CAUSE**

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

28 USC 1332 Personal Injury

**ATTORNEYS**

Scott G. Hoy
Carlsen, Carter, Hoy & Eirinberg
101 South Main, Fifth Floor
Sioux Falls, SD  57102-0572
334-8900

Barbara Anderson Lewis
Woods, Fuller, Shultz & Smith
310 South First Avenue
Sioux Falls, SD 57102
336-3890

| CHECK HERE IF CASE WAS FILED IN FORMA | FILING FEES PAID | | | STATISTICAL CARD | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE M |
| | | | | JS-5 | |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | CIV88-4195 |
| 12-19-88 | 1 | CIVIL COVER SHEET filed. |
| 12-19-88 | 2 | COMPLAINT with Demand For Jury Trial filed. |
| 12-19-88 | | Issued Summons and handed three copies to Scott Hoy for service. |
| 1989 | | |
| 1/11/89 | 3 | NOTICE of Appearance of Barbara Anderson Lewis on behalf of the Dfdts filed. |
| 2-2-89 | 4 | STIPULATION FOR Dismissal Filed |
| 2-2-89 | 5 | JUDGMENT of Dismissal with prejudice Filed |
| 2-2-89 | | Notice of Entry and copy of Stipulation and Order mailed Scott Hoy and Barbara Anderson Lewis |
| 12-19-88 | 1 | |